AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| WSOU INVESTMENTS, LLC | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   6:20-CV-730-ADA |
| HEWLETT PACKARD ENTERPRISE COMPANY | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff WSOU Investments, LLC     .

Date:     09/17/2020

/s/ David M. Stein
*Attorney's signature*

David M. Stein, TX 00797494 (admission pending)
*Printed name and bar number*

Brown Rudnick LLP
2211 Michelson Drive
Irvine, CA 92612

*Address*

dstein@brownrudnick.com
*E-mail address*

(949) 440-0231
*Telephone number*

(949) 486-3686
*FAX number*