**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT,

Plaintiff,

v.

HEWLETT PACKARD ENTERPRISE COMPANY,

Defendant.

Nos. 6:20-cv-00729-ADA
6:20-cv-00730-ADA
6:20-cv-00783-ADA

# JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to the Scheduling Order, the Parties jointly submit this claim construction statement.

## I. U.S. Patent No. 7,646,729 (Case No. 6:20-cv-00729-ADA)

| Term/Phrase | Brazos's Proposed Construction | HPE's Proposed Construction |
|---|---|---|
| "sniffer"<br>(claims 1, 13)<br>[proposed by HPE] | "a computer software of hardware that can intercept and log traffic flowing through a network" | "computer hardware or software, connected to a central location of the network, that can intercept and log traffic flowing through a network without affecting the traffic or network characteristics, and which is not a network node, is not known to or detectable by other network elements, can be removed without directly affecting the network topology, and does not manage any aspect of the network" |

| Term/Phrase | Brazos's Proposed Construction | HPE's Proposed Construction |
|---|---|---|
| "link status messages" (claims 1, 13)<br>"link state messages" (claims 7, 19)<br>[proposed by HPE] | not indefinite<br>plain and ordinary meaning | indefinite |
| "inner nodal area" (claims 1, 13)<br>[proposed by HPE] | "inner routing subdomain with nodes that send link status messages only to each other" | "central ring of nodes connected to an element management system" |
| "outer nodal area[s]" (claims 1, 13)<br>[proposed by HPE] | "outer routing subdomain with nodes that send link status messages only to each other" | "ring of nodes that shares only one node with said inner nodal area, and does not share any nodes with any other outer ring" |
| "configuring the sniffer as a partition designated inner nodal-area node of the [first / second / remaining] outer nodal area" (claims 1, 13)<br>[proposed by HPE] | plain and ordinary meaning | "employing the Repairs of Partition Areas feature of ISO/IEC 10589:2001 to create a virtual outer ring adjacency to receive link state messages from all nodes in the [first / second / remaining] outer nodal area" |

**II. U.S. Patent No. 8,462,774 (Case No. 6:20-cv-00730-ADA)**

| Term/Phrase | Brazos's Proposed Construction | HPE's Proposed Construction |
|---|---|---|
| "assigning the MC-LAG to a multi-chassis link aggregate group virtual local area network (MC-LAG VLAN)" (claim 12)<br>[proposed by HPE] | plain and ordinary meaning | "allocating each logical port of the MC-LAG corresponding to a virtual IP interface on the local and remote aggregation switches to the same VLAN" |

## III. U.S. Patent No. 9,398,629 (Case No. 6:20-cv-00783-ADA)

| Term/Phrase | Brazos's Proposed Construction | HPE's Proposed Construction |
|---|---|---|
| "register request"<br>(claims 1, 8)<br>[proposed by HPE] | "message requesting registration" | |
| "register acknowledgement"<br>(claims 1, 8)<br>[proposed by HPE] | "message acknowledging registration" | |
| "seed WLAN controller"<br>(claims 1, 8)<br>[proposed by HPE] | plain and ordinary meaning | "a WLAN controller that stores information for all WLAN controllers registered in the mobility domain" |
| "a processing module operable to:<br>determine an address of at least one seed WLAN controller in the mobility domain;<br>register with the at least one seed WLAN controller in the mobility domain by:<br>transmitting a register request including a layer 3 address of the WLAN controller to the at least one seed WLAN controller with a mobility domain identifier of the mobility domain; and<br>receiving a register acknowledgement from the at least one seed WLAN controller when the mobility domain identifier matches a mobility domain identifier of the at least one seed WLAN | not subject to 35 U.S.C. § 112, ¶ 6,<br>not indefinite,<br>plain and ordinary meaning | Means plus function.<br>The function is:<br>"determine an address of at least one seed WLAN controller in the mobility domain;<br>register with the at least one seed WLAN controller in the mobility domain by:<br>transmitting a register request including a layer 3 address of the WLAN controller to the at least one seed WLAN controller with a mobility domain identifier of the mobility domain; and<br>receiving a register acknowledgement from the at least one seed WLAN controller when the mobility domain identifier matches a mobility domain identifier of the at least one seed WLAN controller; and |

| Term/Phrase | Brazos's Proposed Construction | HPE's Proposed Construction |
|---|---|---|
| controller; and<br>receive information for other WLAN controllers in the mobility domain from the at least one seed WLAN controller." (claim 1)<br>[proposed by HPE] | | receive information for other WLAN controllers in the mobility domain from the at least one seed WLAN controller."<br>The term is indefinite for insufficient disclosure of structure corresponding to the function. |
| "receive information for other WLAN controllers in the mobility domain" (claim 1)<br>"receiving information for other WLAN controllers in the mobility domain" (claim 8)<br>[proposed by HPE] | plain and ordinary meaning | "receive information including an IP address for other WLAN controllers in the mobility domain"<br>"receiving information for other WLAN controllers in the mobility domain" |

Date: April 27, 2021

By: */s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax: (512) 677-6825

Alessandra C. Messing
New York State Bar No. 5040019
amessing@brownrudnick.com
Timothy J. Rousseau
New York State Bar No. 4698742
trousseau@brownrudnick.com
Yarelyn Mena
(*pro hac vice*)
ymena@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone: (212) 209-4800
facsimile: (212) 209-4801

Edward J. Naughton
Massachusetts State Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
(*pro hac vice*)
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone: (617) 856-8200
facsimile: (617) 856-8201

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612

Respectfully submitted,

By: */s/ Michael D. Hatcher*
Michael D. Hatcher
Texas State Bar No. 24027067
Callie C. Butcher
Texas State Bar No. 24092203
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Telephone: (214) 981-3300
Facsimile: (214) 981-3400
mhatcher@sidley.com
cbutcher@sidley.com

Michael R. Franzinger
DC Bar No. 500080
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
Telephone: (202) 736-8000
Facsimile: (202) 736-8711
mfranzinger@sidley.com

Barry K. Shelton
Texas State Bar No. 24055029
SHELTON COBURN LLP
311 RR 620, Suite 205
Austin, TX 78734-4775
Telephone: (512) 263-2165
Facsimile: (512) 263-2166
bshelton@sheltoncoburn.com

**COUNSEL FOR DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY**

telephone: (949) 752-7100
facsimile: (949) 252-1514

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*