# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, d/b/a<br>BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action No. 6:20-cv-00730-ADA |

### DECLARATION OF MICHAEL R. FRANZINGER IN SUPPORT OF HEWLETT PACKARD ENTERPRISE COMPANY'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)

I, Michael R. Franzinger, hereby declare, affirm and state as follows:

1. I am an attorney with Sidley Austin LLP, counsel to Defendant Hewlett Packard Enterprise Company. I am a member of the bar of this Court. I have personal knowledge of the matters stated in this Declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of a recorded Assignment of U.S. Patent Application for the '774 patent (USPTO Reel/Frame 025674/0203), obtained from https://assignment.uspto.gov/ on October 6, 2021.

3. Attached hereto as Exhibit 2 is a true and correct copy of a recorded '774 patent Assignment (USPTO Reel/Frame 027729/0802), obtained from https://assignment.uspto.gov/ on October 6, 2021.

4. Attached hereto as Exhibit 3 is a true and correct copy of a recorded '774 patent Assignment (USPTO Reel/Frame 044000/0053), obtained from https://assignment.uspto.gov/ on October 6, 2021.

1

5. Attached hereto as Exhibit 4 is a true and correct copy of the Patent Purchase Agreement produced by WSOU bearing Bates Nos. WSOU-HPE-00008254 – 00008272, as served in this litigation.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Patent Assignment Schedule B1 produced by WSOU bearing Bates Nos. WSOU-HPE-00005417 – 00005568, as served in this litigation.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Amendment to Patent Purchase Agreement produced by WSOU bearing Bates Nos. WSOU-HPE-00008732 – 00008736, as served in this litigation.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Patent Purchase Agreement – Schedule A produced by WSOU bearing Bates Nos. WSOU-HPE-00008273 – 00008474, as served in this litigation.

9. Attached hereto as Exhibit 8 is the output of a search for WSOU's cases in the U.S. District Courts, run on the Docket Navigator web service on October 6, 2021.

10. Attached hereto as Exhibit 9 is a true and correct copy of the WSOU Operating Agreement produced by WSOU bearing Bates Nos. WSOU-HPE-00011084 – 00011102, as served in this litigation.

11. Attached hereto as Exhibit 10 is a true and correct copy of WSOU's Responses and Objections to HPE's First Set of Interrogatories, as served in this litigation.

12. Attached hereto as Exhibit 17 is a true and correct copy of the Fifth Amendment to Patent Purchase Agreement produced by WSOU bearing Bates Nos. WSOU-HPE-00010964 – 00010978, as served in this litigation.

13. Attached hereto as Exhibit 18 is a true and correct copy of the Fifth Amendment to Patent Assignment Amended Schedule B1 produced by WSOU bearing Bates Nos. WSOU-HPE-00005664 – 00005815, as served in this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: October 7, 2021                                         */s/ Michael R. Franzinger*
                                                               Michael R. Franzinger