# EXHIBIT 1

## PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Gregory G. Page | 01/19/2011 |
| Sahil P. Dighe | 01/19/2011 |
| Roberto H. Jacob Da Silva | 01/20/2011 |
| Bruce R. Jones | 01/19/2011 |
| Srinivas V. Tyamagondlu | 01/20/2011 |

RECEIVING PARTY DATA

| Name: | Alcatel-Lucent USA Inc. |
|---|---|
| Street Address: | 600-700 Mountain Avenue |
| City: | Murray Hill |
| State/Country: | NEW JERSEY |
| Postal Code: | 07974-0636 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Application Number: | 13010711 |

CORRESPONDENCE DATA

| Fax Number: | (888)332-2640 |
|---|---|

Correspondence will be sent via US Mail when the fax attempt is unsuccessful.

| Phone: | 619-254-0884 |
|---|---|
| Email: | vandrews@texaspatents.com |
| Correspondent Name: | GARLICK HARRISON & MARKISON |
| Address Line 1: | P.O. Box 160727 |
| Address Line 4: | Austin, TEXAS 78716-0727 |

| ATTORNEY DOCKET NUMBER: | AL807582 |
|---|---|
| NAME OF SUBMITTER: | Vicki L. Andrews |

501412608

OP $40.00 13010711

PATENT
REEL: 025674 FRAME: 0203

Total Attachments: 4
source=AL807582-Assignment#page1.tif
source=AL807582-Assignment#page2.tif
source=AL807582-Assignment#page3.tif
source=AL807582-Assignment#page4.tif

ALU Case Ref. 807582

## ASSIGNMENT AND AGREEMENT

For value received, I, Gregory G. Page, of Sandy, UT, Sahil P. Dighe, of Salt Lake City, UT, Roberto H. Jacob Da Silva, of Oak Park, CA, Bruce R. Jones, of Salt Lake City, UT, and Srinivas V. Tyamagondlu, of Santa Clarita, CA, hereby sell, assign and transfer to Alcatel-Lucent USA Inc., a corporation of Delaware, having an office at 600-700 Mountain Avenue, Murray Hill, New Jersey, 07974-0636, United States of America, and its successors, assigns and legal representatives, the entire right, title and interest, for the United States of America, in and to certain inventions related to **Virtual IP Interfaces on Multi-Chassis Link Aggregates** described in an application for Letters Patent of the United States, executed by me of even date herewith, and all the rights and privileges in said application and under any and all Letters Patent that may be granted in the United States for said inventions; and I also concurrently hereby sell, assign and transfer to Alcatel-Lucent USA Inc. the entire right, title and interest in and to said inventions for all countries foreign to the United States, including all rights of priority arising from the application aforesaid, and all the rights and privileges under any and all forms of protection, including Letters Patent, that may be granted in said countries foreign to the United States for said inventions.

I authorize Alcatel-Lucent USA Inc. to make application for such protection in its own name and maintain such protection in any and all countries foreign to the United States, and to invoke and claim for any application for patent or other form of protection for said inventions, without further authorization from me, any and all benefits, including the right of priority provided by any and all treaties, conventions, or agreements.

I hereby consent that a copy of this assignment shall be deemed a full legal and formal equivalent of any document which may be required in any country in proof of the right of Alcatel-Lucent USA Inc. to apply for patent or other form of protection for said inventions and to claim the aforesaid benefit of the right of priority.

I request that any and all patents for said inventions be issued to Alcatel-Lucent USA Inc. in the United States and in all countries foreign to the United States, or to such nominees as Alcatel-Lucent USA Inc. may designate.

I agree that, when requested, I shall, without charge to Alcatel-Lucent USA Inc. but at its expense, sign all papers, and do all acts which may be necessary, desirable or convenient in connection with said applications, patents, or other forms of protection.

Date: 1/19/2011

Gregory G. Page

United States of America  §
State of Utah  § ss.:
County of Salt Lake  §

On this 19 day of January, 2011, before me personally came, Gregory G. Page to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

Notary Public

LYNDZI ELSMORE
Notary Public
State of Utah
Comm. No. 578648
My Comm. Expires Nov 26, 2012

1

PATENT
REEL: 025674 FRAME: 0205

ALU Case Ref. 807582

Date: 1/19/2011                                   _S. P. Dighe_
                                                  Sahil P. Dighe

United States of America    §
State of _Utah_             § ss.:
County of _Salt Lake_       §

On this __19__ day of __January__ __2011__, before me personally came, Sahil P. Dighe to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

[Notary Seal: LYNDZI ELSMORE, Notary Public, State of Utah, Comm. No. 576848, My Comm. Expires Nov 26, 2012]

Date: _____                              _[signature]_
                                                  Notary Public

                                                  _____
                                                  Roberto H. Jacob Da Silva

United States of America    §
State of _____     § ss.:
County of _____     §

On this _____ day of _____, ___, before me personally came, Roberto H. Jacob Da Silva to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

_____
Notary Public

Date: 1/19/2011                                   _[signature]_
                                                  Bruce R. Jones

United States of America    §
State of _Utah_             § ss.:
County of _Salt Lake_       §

On this __19__ day of __January__ __2011__, before me personally came, Bruce R. Jones to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

                                                  _[signature]_
                                                  Notary Public

[Notary Seal: LYNDZI ELSMORE, Notary Public, State of Utah, Comm. No. 576848, My Comm. Expires Nov 26, 2012]

2

ALU Case Ref. 807582

N/A
Sahil P. Dighe

Date: _____

United States of America §
State of _____ § ss.:
County of _____ §

On this ____ day of _____, ____, before me personally came, Sahil P. Dighe to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

_____
Notary Public

Date: 1/20/2011

_Roberto H Jacob Da Silva (signed)_
Roberto H. Jacob Da Silva

United States of America §
State of California § ss.:
County of Los Angeles §

On this 20 day of January, 2011, before me personally came, Roberto H. Jacob Da Silva to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

_____
Notary Public

Date: _____

N/A
Bruce R. Jones

United States of America §
State of _____ § ss.:
County of _____ §

On this ____ day of _____, ____, before me personally came, Bruce R. Jones to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

_____
Notary Public

ABDOLLAH SEYEDAN
Commission # 1917389
Notary Public - California
Los Angeles County
My Comm. Expires Jan 13, 2015

2

**PATENT
REEL: 025674 FRAME: 0207**

ALU Case Ref. 807582

Date: 01/20/2011

Srinivas V. Tyamagondlu

United States of America §
State of California § ss.:
County of Los Angeles §

On this 20 day of January 2011 before me personally came, Srinivas V. Tyamagondlu to me known to be the individual described in and who executed the foregoing instrument, and acknowledged execution of the same.

Notary Public

ABDOLLAH SEYEDAN
Commission # 1917389
Notary Public - California
Los Angeles County
My Comm. Expires Jan 13, 2015

3