# EXHIBIT 15

# Black's Law Dictionary®

## Eleventh Edition

**Bryan A. Garner**
Editor in Chief

 THOMSON REUTERS™

Mat # 42122759
Mat # 42124201 — deluxe

### Disclaimer

Although this publication was created to provide you with accurate and authoritative information, it was not necessarily prepared by attorneys licensed to practice law in a particular jurisdiction. The publisher is not engaged in rendering legal or other professional advice, and this publication is not a substitute for an attorney's advice. If you require legal or other expert advice, you should seek the services of a competent attorney or other professional.

### Copyright Clearance Center

For authorization to photocopy, please contact the Copyright Clearance Center at 222 Rosewood Drive, Danvers, MA 01923, USA, (978) 750-8400, fax (978) 646-8600; or West's Copyright Services at 610 Opperman Drive, Eagan, MN 55123, fax (651) 687-7551. Please outline the specific material involved, the number of copies you wish to distribute, and the purpose or format of the use.

### Copyright information

"BLACK'S LAW DICTIONARY" is a registered trademark of Thomson Reuters.

Registered in U.S. Patent and Trademark Office
COPYRIGHT © 1891, 1910, 1933, 1951, 1957, 1968, 1979, 1990 WEST PUBLISHING CO.
© West, a Thomson business, 1999, 2004
© 2009, 2014, 2019 Thomson Reuters
610 Opperman Drive
St. Paul, MN 55123
1-800-313-9378
Printed in the United States of America
**ISBN:** 978-1-539-22975-9
**ISBN:** 978-1-539-22976-6 (deluxe)

proximate force"]

ıple force"] (1880)

ers in Service to
in 1964 to provide
nditions of people
ːs, its possessions,

18c) *Hist.* By force

ʌ 1990 federal law
e moral rights of
ıd limited-edition
Convention stan-
st — not the owner
ghts to prevent the
and by guarantee-
ıip of the original
work is modified.
A.

*ʼisual body-cavity*

(1).
*Hist.* An inspection
(3), (4).
— usu. relating to
aths, diseases, and
ated to be kept by
ivision or subdivi-
atistics, see Fed. R.

ʼr TERM (2).

air; to cause to have
iates any common-
t have>. **2.** To make
ompletely or in part
rupt morally <Mr.
en were vitiated by
**itiator,** *n.*

atin *vitilitigare* "to
:. To litigate merely
on a lawsuit in an
. — **vitilitigation,**

ON (2).

[Latin] See *clerical*

[Latin "true error"]
itle that renders the
specif., an inherent
a stolen thing, even
owner can reclaim
IRET.

of moveable property
thereof is obliged to
led to the possession
ed is affected by an
ts the thief or fraudu-
title on anyone, even
o has given value and
defective title; such a

person must return the property to the true owner, or pay compensation therefor. . . . An exception to the rule of *vitium reale* exists in the cases of money, bank-notes and negotiable instruments . . . ." 2 David M. Walker, *Principles of Scottish Private Law: Law of Obligations* 505–06 (1988).

***vitium scriptoris*** (vish-ee-əm skrip-**tor**-is), *n.* [Latin "the mistake of a scribe"] (17c) *Hist.* A clerical error in writing.

***vitricus*** (vi-trə-kəs), *n.* [Latin] (16c) *Hist.* A stepfather.

**vitriol** (vit-ree-ol), *n.* [Old French *vitriol*, lit. a caustic sulfate of metal] (14c) Caustic speech or criticism; cruel and angry language. — **vitriolic** (vi-tree-**ahl**-ic), *adj.*

**vituperation** (vɪ-tyoo-pə-**ray**-shən), *n.* (15c) The censuring of someone or something in abusive terms; revilement. — **vituperate,** *vb.* — ***vituperative,*** adj.

***viva aqua*** (vɪ-və **ak**-wə), *n.* [Latin "living water"] (17c) *Hist.* Running water; water that comes from a spring or fountain.

***viva pecunia*** (vɪ-və pi-**kyoo**-nee-ə), *n.* [Latin "living money"] (17c) *Hist.* Cattle, which obtained this name during the Saxon period, when they were received as money, usu. at regulated prices.

**viva voce** (vɪ-və **voh**-see *also* **vee**-və **voh**-chay), *adv.* [Law Latin "with living voice"] (16c) By word of mouth; orally. • In reference to votes, the term means a voice vote was held rather than a vote by ballot. In reference to the examination of witnesses, the term means that oral rather than written testimony was taken. See *voice vote* under VOTE (4).

**viva voce vote.** See *voice vote* under VOTE (4).

**vivisection,** *n.* (18c) **1.** Physiological or pathological experimentation on or investigation of living vertebrate animals using procedures likely to cause severe pain. **2.** By extension, questioning or criticism that is intense, minute, and merciless.

***vivum vadium*** (vɪ-vəm **vay**-dee-əm). See *vadium vivum* under VADIUM.

**viz.** (viz). *abbr.* [Latin *videlicet*] (16c) Namely; that is to say <the defendant engaged in fraudulent activities, viz., misrepresenting his gross income, misrepresenting the value of his assets, and forging his wife's signature>. See VIDELICET.

**VLI.** *abbr.* See *variable life insurance* under LIFE INSURANCE.

***vocabula artis*** (voh-**kab**-yə-lə **ahr**-tis), *n.* [Latin] (16c) Words of art. See TERM OF ART.

**VOCAL.** *abbr.* VICTIMS OF CHILD ABUSE LAWS.

***vocare ad curiam*** (voh-**kair**-ee ad **kyoor**-ee-əm), *vb.* [Latin] (1901) To summon to court.

***vocatio in jus*** (voh-**kay**-shee-oh in **jəs**). [Latin] (17c) *Roman law.* A plaintiff's oral summoning of a defendant to go before a magistrate. • The *vocatio in jus* occurred when the plaintiff would summon the defendant in formal words to accompany the plaintiff.

**vocation.** (15c) A person's regular calling or business; one's occupation or profession.

**VOCD.** *abbr.* (2014) Violation of conditional discharge.

***vociferatio*** (voh-sif-ə-**ray**-shee-oh), *n.* [Latin] (16c) *Hist.* An outcry; HUE AND CRY.

***voco*** (**voh**-koh). [Latin "I call"] (1713) *Hist.* I summon; I vouch. See VOCATIO IN JUS.

**Voconian law** (və-**koh**-nee-in). See LEX VOCONIA.

**voice exemplar.** (1954) A sample of a person's voice used for the purpose of comparing it with a recorded voice to determine whether the speaker is the same person. • Although voiceprint identification was formerly inadmissible, the trend in recent years has been toward admissibility. *See* Fed. R. Evid. 901.

**voiceprint.** (1962) A distinctive pattern of curved lines and whorls made by a machine that measures human vocal sounds for the purpose of identifying an individual speaker. • Like fingerprints, voiceprints are thought to be unique to each person.

**voice-spectrogram analysis.** (1975) A voice-identifying technique that involves transforming acoustical signals produced by human speech into a visual representation of speech characteristics. • Voice-spectrogram analysis, which is subject to the *Daubert* test, is often criticized as unreliable. Voice characteristics can be disguised, and may also change because of mood, health, age, and other factors. — Also termed *voice-spectrograph analysis.*

**voice-stress analysis.** (1977) A mechanical test that detects and measures strain or tension in a person's voice, both being characteristics thought to indicate deception. • The test has been discredited, as many studies have shown that its accuracy rate is little or no better than chance. — Abbr. VSA.

**voice vote.** See VOTE (4).

**void,** *adj.* (14c) **1.** Of no legal effect; to null. • The distinction between *void* and *voidable* is often of great practical importance. Whenever technical accuracy is required, *void* can be properly applied only to those provisions that are of no effect whatsoever — those that are an absolute nullity. — **void, avoid,** *vb.* — **voidness,** *n.*

▸ **facially void.** (1969) (Of an instrument) patently void upon an inspection of the contents. — Also termed *void on its face.*

▸ **void ab initio** (ab i-**nish**-ee-oh). (17c) Null from the beginning, as from the first moment when a contract is entered into. • A contract is void ab initio if it seriously offends law or public policy, in contrast to a contract that is merely voidable at the election of one party to the contract.

▸ **void for vagueness.** (1814) **1.** (Of a deed or other instrument affecting property) having such an insufficient property description as to be unenforceable. **2.** (Of a penal statute) establishing a requirement or punishment without specifying what is required or what conduct is punishable, and therefore void because violative of due process. — Also termed *void for indefiniteness.* See VAGUENESS DOCTRINE.

**2.** VOIDABLE. • Although sense 1 above is the strict meaning of *void*, the word is often used and construed as bearing the more liberal meaning of "voidable."

**void,** *vb.* (14c) **1.** To render of no validity or effect; to annul; NULLIFY <fraud in the factum voids a contract>. **2.** To emit or evacuate; to execute <to void urine>. **3.** To empty; to cause to have the contents of emitted or evacuated <to void the bowels>. **4.** To leave or vacate <the members soon voided the meeting hall>.