**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT, <br><br> Plaintiff, <br><br> v. <br><br> HEWLETT PACKARD ENTERPRISE COMPANY, <br><br> Defendant. | Nos.   6:20-cv-00725-ADA <br> 6:20-cv-00726-ADA <br> 6:20-cv-00727-ADA <br> 6:20-cv-00728-ADA <br> 6:20-cv-00729-ADA <br> 6:20-cv-00730-ADA |

**BRAZOS'S UNOPPPOSED MOTION TO WITHDRAW ALESSANDRA C. MESSING AS COUNSEL**

Pursuant to Local Rule AT-3, Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos"), files this Unopposed Motion to Withdraw Alessandra C. Messing as Counsel (the "Motion") and shows:

Alessandra C. Messing, having appeared in the above referenced action on behalf of Brazos, is no longer affiliated with the law firm of Brown Rudnick LLP. Accordingly, Ms. Messing will no longer by representing Brazos in this action. Brazos will continue to be represented in this action by Brow Rudnick LLP and The Mort Law Firm, PLLC.

Brazos consents to the filing of this motion. Brazos has contacted Defendant with respect to the filing of this Motion and Defendant is unopposed to the granting of this Motion and withdrawal of Ms. Messing as counsel for Brazos.

Accordingly, Brazos requests the Court grant this motion and permit the withdrawal of Ms. Messing as counsel of record for Brazos in the above referenced action and for such other and further relief as the Court deems suitable and just.

Respectfully submitted,

Dated: October 26, 2021

/s/ Raymond W. Mort, III

Edward J. Naughton
Massachusetts Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
Massachusetts Bar No. 666860
rlecaroz@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone:   (617) 856-8200
facsimile:   (617) 856-8201

Raymond W. Mort, III
Texas State Bar No. 791308
raymort@austinlaw.com
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax:   (512) 677-6825

Timothy J. Rousseau
New York Bar No. 4698742
trousseau@brownrudnick.com
BROWN RUDNICK LLP
7 Times Square
New York, New York 10036
telephone:   (212) 209-4800
facsimile:   (212) 209-4801

David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
Sarah G. Hartman
California State Bar No. 281751
shartman@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:   (949) 752-7100
facsimile:   (949) 252-1514

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*

## CERTIFICATE OF SERVICE

I certify that the foregoing document was served upon all counsel of record via the Court's CM/ECF electronic filing system in accordance with the Federal Rules of Civil Procedure on October 26, 2021.

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III