# EXHIBIT O

Title: Wade+Co
Link: http://wadeandcompany.com/#about
Captured: Tuesday, October 19, 2021 18:08:06

01

02 03 04

Wade+Co is a family office investment firm and merchant bank.

We are a team of successful investors and established entrepreneurs with a breadth of experience across diverse sectors. Our team's long track record of success is a result of our unique culture which celebrates entrepreneurial spirit and fosters a collaborative approach to growth and value creation. We specialize in various lending products and direct investments, and manage portfolio investments in private equity, venture capital, and real estate. Overall, Wade+Co targets high-quality growth opportunities to maximize return.

## Our Approach.

Wade+Co is organized around our passion for great results and the needs of our partners and investments.

Our dedicated management team


Title: Wade+Co
Link: http://wadeandcompany.com/#about
Captured: Tuesday, October 19, 2021 18:08:06

**Wade+Co**

**About**

offers a complete spectrum of first-in-class services.

Together, we build and grow best-in-class companies and assets.

Team  Portfolio  Contact