**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action Nos. 6:20-cv-00726-ADA<br>6:20-cv-00727-ADA<br>6:20-cv-00728-ADA<br>6:20-cv-00730-ADA<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER DENYING**
**HPE'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(1)**

Before the Court is defendant Hewlett Packard Enterprise Company ("HPE")'s Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(1) ("Motion").  The Court, having considered the Motion and all associated briefing and argument, finds that the Motion should be DENIED.

It is, therefore, ORDERED that HPE's Motion is hereby DENIED.

Signed this ___ day of _____, 2021.

<br>

                                                                        HONORABLE ALAN D ALBRIGHT
                                                                        UNITED STATES DISTRICT JUDGE