# EXHIBIT 22

| | |
|---|---|
| **From:** | Rousseau, Timothy J. |
| **To:** | Sidley HPE-WSOU Team; Barry Shelton |
| **Cc:** | WSOU-HPE; Ray Mort |
| **Subject:** | WSOU v. HPE - Brazos Document Production |
| **Date:** | Thursday, October 14, 2021 8:45:20 PM |



Counsel for HPE,

Please find available for download at the following link documents bearing Bates numbers WSOU-HPE-00019616 - WSOU-HPE-00020163.

https://brownrudnickllp-my.sharepoint.com/:u:/g/personal/trousseau_brownrudnick_com/EYVxw2Ronq1BnzsggD1euAwBuGUg1I8CK_HYPsYav3bEFw?e=m2gDjw

Please note that the production contains documents that are designated CONFIDENTIAL – OUTSIDE ATTORNEYS' EYES ONLY under the Protective Order.  The password will follow separately.

Best,
Tim



**Timothy J. Rousseau**
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
T: 212.209.4994
F: 212.938.2994
M: 646.770.0119
trousseau@brownrudnick.com
www.brownrudnick.com
he/him/his

*******************************************************************************

The information contained in this electronic message may be legally privileged and confidential under applicable law, and is intended only for the use of the individual or entity named above. If the recipient of this message is not the above-named intended recipient, you are hereby notified that any dissemination, copy or disclosure of this communication is strictly prohibited. If you have received this communication in error, please notify Brown Rudnick LLP, (617) 856-8200 (if dialing from outside the US, 001-(617)-856-8200) and purge the communication immediately without making any copy or distribution.

To the extent Brown Rudnick is a "controller" of the "personal data" (as each term is defined in the European General Data Protection Regulation (EU/2016/679) or in the UK's Data Protection Act 2018) you have provided to us in this and other communications between us, please see our privacy statement and summary here which sets out details of the controller, the personal data we have collected, the purposes for which we use it (including any legitimate interests on which we rely), the persons to whom we may transfer the data and when and how we intend to transfer it outside the European Economic Area.

*******************************************************************************