# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **WSOU Investments, LLC d/b/a Brazos Licensing and Development,**<br><br>Plaintiff,<br><br>v.<br><br>**Hewlett Packard Enterprise Company,**<br><br>Defendant. | Civil Action No. 6:20-cv-00730-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development files this Notice of Appearance of Counsel and hereby notifies the Court that Zachary H. Ellis of The Mort Law Firm, PLLC is appearing as additional counsel for Plaintiff in the above-referenced matter. All pleadings, discovery, correspondence, and other material should be served upon Zachary H. Ellis at The Mort Law Firm, PLLC, 100 Congress Avenue, Suite 2000, Austin, Texas 78701; Telephone/Facsimile: (512) 865-7950; E-mail: zakellis@austinlaw.com.

Dated: November 9, 2021

Respectfully submitted,

*/s/ Zachary H. Ellis*
Zachary H. Ellis
Texas Bar No. 24122606
zakellis@austinlaw.com
**THE MORT LAW FIRM, PLLC**
100 Congress Ave
Suite 2000
Austin, Texas 78701
Tel/Fax: (512) 865-7950