UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU Investments, LLC d/b/a BRAZOS Licensing and Development
vs.
Hewlett Parckard Enterprise Company

Case No.:
6:20-cv-00725-ADA
6:20-cv-00726-ADA
6-20-cv-00727-ADA
6:20-cv-00728-ADA
6:20-cv-00729-ADA
6:20-cv-00730-ADA
6:20-cv-00783-ADA

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Matthew Brian Mahoney, counsel for Hewlett Packard Enterprise Company, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Matthew Brian Mahoney may appear on behalf of Hewlett Packard Enterprise in the above case.

IT IS FURTHER ORDERED that Matthew Brian Mahoney, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
Please Choose Judge