UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT,
Plaintiff,

vs.

HEWLETT PACKARD ENTERPRISE COMPANY,
Defendant.

Case No.:  6:20-cv-00730-ADA

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __HAROON MIAN__, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent __Plaintiff WSOU Investments, LLC D/B/A Brazos Licensing and Development__ in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) __Brown Rudnick LLP__ with offices at:

   Mailing address: __7 Times Square__

   City, State, Zip Code: __New York, New York 10036__

   Telephone: __(212) 209-4953__   Facsimile: __(212) 209-4801__

2. Since __February 1, 2022__, Applicant has been and presently is a member of and in good standing with the Bar of the State of __New York__.

   Applicant's bar license number is __5793922__.

3. Applicant has been admitted to practice before the following courts:

   | Court: | Admission date: |
   |---|---|
   | United States District Court for the Southern District of New York | February 1, 2022 |
   |  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

   N/A

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: __6:20-cv-00783-ADA__ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

   N/A

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   N/A

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Ray W. Mort, III

Mailing address: The Mort Law Firm, PLLC, 100 Congress Avenue, Suite 2000

City, State, Zip Code: Austin, Texas 78701

Telephone: (512) 677-6825

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of HAROON MIAN to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Haroon Mian
[printed name of Applicant]

*[signature]*
[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 7 day of MARCH, 2022.

Haroon Mian
[printed name of Applicant]

*[signature]*
[signature of Applicant]

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS, LLC D/B/A
BRAZOS LICENSING AND DEVELOPMENT,
        Plaintiff,

vs.

HEWLETT PACKARD ENTERPRISE COMPANY,
        Defendant.

Case No.: 6:20-cv-00730-ADA

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **HAROON MIAN**, counsel for **Plaintiff WSOU Investments, LLC D/B/A Brazos Licensing and Development**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **HAROON MIAN** may appear on behalf of **Plaintiff WSOU Investments, LLC D/B/A Brazos Licensing and Development** in the above case.

IT IS FURTHER ORDERED that **HAROON MIAN**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20_____.

_____
UNITED STATES DISTRICT JUDGE