UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY<br><br>Defendant. | Case No.: 6:20-cv-00730-ADA<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AGREED-UPON MODIFICATION OF CERTAIN SCHEDULING ORDER DEADLINES

TO THE HONORABLE COURT:

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Hewlett Packard Enterprise Company ("HPE") (collectively, the "Parties"), pursuant to the Court's Standing Order Regarding Joint or Unopposed Request to Change Deadline, submit this Agreed-Upon Notice to memorialize their agreement to extend certain non-trial case deadlines. The Parties have agreed to adjust the Scheduling Order (Dkt. 84) due to an unavoidable scheduling conflict with one of Brazos's experts, as indicated in the chart below.

| Event | Original Due Date | Extended Due Date |
|---|---|---|
| Opening Expert Reports | March 23, 2022 | April 1, 2022 |
| Rebuttal Expert Reports | April 20, 2022 | April 29, 2022 |

1

Dated: March 18, 2022

*/s/ Michael D. Hatcher (by permission)*
Michael D. Hatcher
SIDLEY AUSTIN LLP
2021 McKinney Avenue, Suite 2000
Dallas, TX 75201
Tel: (214) 981-3300
Fax: (214) 981-3400
mhatcher@sidley.com

*Counsel for Defendant Hewlett Packard Enterprise Company*

Respectfully submitted,

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, TX 78701
Tel/fax: (512) 677-6825
raymort@austinlaw.com

*Counsel for Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development*