**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| WSOU INVESTMENTS, LLC D/B/A BRAZOS LICENSING AND DEVELOPMENT,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT PACKARD ENTERPRISE COMPANY,<br><br>Defendant. | Civil Action No. 6:20-cv-00730-ADA<br><br>**JURY TRIAL DEMANDED** |

**WSOU INVESTMENTS, LLC D/B/A**
**BRAZOS LICENSING AND DEVELOPMENT'S NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") by and through its undersigned counsel, hereby dismisses this action as to defendant Hewlett Packard Enterprise Company voluntarily and without prejudice by filing this Notice of Dismissal with the Clerk of the Court before service by Defendant of an answer or a motion for summary judgment.

Respectfully submitted,

Dated: March 28, 2022

*/s/ Raymond W. Mort, III*
Raymond W. Mort, III
Texas State Bar No. 00791308
raymort@austinlaw.com
Zachary H. Ellis
Texas State Bar No. 24122606
THE MORT LAW FIRM, PLLC
100 Congress Avenue, Suite 2000
Austin, Texas 78701
tel/fax: (512) 677-6825

Sarah G. Hartman
California State Bar No. 281751

shartman@brownrudnick.com
David M. Stein
Texas State Bar No. 797494
dstein@brownrudnick.com
BROWN RUDNICK LLP
2211 Michelson Drive, 7th Floor
Irvine, California 92612
telephone:   (949) 752-7100
facsimile:   (949) 252-1514

Edward J. Naughton
Massachusetts Bar No. 600059
enaughton@brownrudnick.com
Rebecca MacDowell Lecaroz
Massachusetts Bar No. 666860
rlecaroz@brownrudnick.com
Timothy J. Rousseau
Massachusetts Bar No. 673205
trousseau@brownrudnick.com
BROWN RUDNICK LLP
One Financial Center
Boston, Massachusetts 02111
telephone:   (617) 856-8200
facsimile:   (617) 856-8201

*Counsel for Plaintiff*
*WSOU Investments, LLC d/b/a*
*Brazos Licensing and Development*